Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN and OMER FRIEDMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN PRO ENERGY; AUDACITY NETWORKS LIMITED; A1 SOLAR POWER INC., and OLVI MALKA, an individual, <br><br> Defendants. | Case No. 2:15-cv-08715-SVW-JPR <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice as to the named plaintiffs, and without prejudice as to the putative class. Defendant has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has

been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 6th day of October, 2016

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 6th day of October, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Stephen V. Wilson
United States District Court
Central District of California

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN